UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of June, two thousand and fourteen,

| | |
|---|---|
| Jonathan B. Kreisberg, Regional Director of Region 34 of the National Labor Relations Board, for and on behalf of the National Labor Relations Board, | **ORDER**<br>Docket No. 13-4850 |

       Plaintiff - Appellee,

v.

710 Long Ridge Rd Operating Co II, LLC, DBA Long Ridge of Stamford, 240 Church Street Operating Company II, LLC, DBA Newington Health Care Center, 1 Burr Rd Operating Co II, LLC, DBA Westport Health Care Center, 245 Orange Ave Operating Co II, LLC, AKA West River Health Care Center, 341 Jordan Lane Operating Company II, LLC, DBA Wethersfield Health Care Center,

       Defendants,

Healthbridge Management, LLC, FKA Danbury HCC,

       Defendant - Appellant.

IT IS HEREBY ORDERED that Amicus' (NEHCEU) motion for leave to file amicus brief is GRANTED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court
