13-4850
*Kreisberg v. HealthBridge Mgmt., LLC*

# United States Court of Appeals
### FOR THE
SECOND CIRCUIT
––––––––––––––––––

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of June, two thousand fourteen.

Present:

José A. Cabranes,
Susan L. Carney,
Christopher F. Droney,
   *Circuit Judges.*

––––––––––––––––––––––––––––––––––––––

Jonathan B. Kreisberg, Regional Director of
Region 34 of the National Labor Relations
Board, for an on behalf of the National
Labor Relations Board,
   *Plaintiff-Appellee*,


    v.         13-4850

HealthBridge Management, LLC,
fka Danbury HCC,
   *Defendant-Appellant*,

––––––––––––––––––––––––––––––––––––––––

At oral argument on June 26, 2014 this Court ordered supplemental briefing on the significance *vel non* of the Supreme Court's decision in *National Labor Relations Board vs. Noel Canning*, No. 12-1281 (U.S. June 26, 2014), to the pending appeal.

Counsel for both parties shall file an opening brief in support of their respective positions, by no later than July 11, 2014. In particular, the briefs shall address what bearing, if any, *Noel Canning* has on the law of this case as set forth in this Court's opinion in *Kreisberg v. HealthBridge Mgmt., LLC,* 732 F.3d 131 (2d Cir. 2013).

Each party shall be permitted to file a brief in response by no later than July 18, 2014.

The initial brief shall not exceed 15 pages or 7,000 words; the reply shall not exceed 8 pages or 3,500 words.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk